UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO ORTEGA,

                Plaintiff,

– against –

2&5 LINE DELI GROCERY, INC., *and* ALI NAYIN,

                Defendants.

**ORDER**

22-cv-9170 (ER)

RAMOS, D.J.:

    On December 16, 2022, the Court referred the parties to the SDNY Mediation program. Doc. 13. Thereafter on February 18, 2023, counsel for plaintiff Ortega submitted a letter indicating that defense counsel had been unresponsive regarding the scheduling and coordination of the mediation. Doc. 14. Accordingly, on February 20, 2023, the Court ordered 2&5 Line Deli Grocery, Inc. to respond to Ortega's letter by Thursday, February 23, 2023. Doc. 15.

    As of this date, 2&5 Line Deli Grocery, Inc. has not responded to the letter. The Court therefore directs 2&5 Line Deli Grocery, Inc. to respond to the letter by Wednesday, March 1, 2023. Defendant is advised that failure to comply with the Court's order may result in sanctions, including the entry of default judgment against them. *See* Fed. R. Civ. P. 55.

It is SO ORDERED.

Dated:   February 27, 2023
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.