USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025

# MARCOTE & ASSOCIATES,

*Attorneys and Counselors at Law*

3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
Telephone: (516) 280-2281
Facsimile: (516) 280-2283

February 28, 2025

**VIA ECF ONLY**

Judge Margaret M. Garnett
United States District Court (SDNY)
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re:  Ortega v. 2&5 Line Deli Grocery, Inc, et al.
   Docket No.: 22-cv-9170
   MA File No.: MA22-9710
   Subject: 'Adjournment Request of March 6, 2025 Conference'

Dear Judge Garnett:

  As the Court is aware this office represents the defendant(s), 2&5 Line Deli Grocery, Inc. and Aziz Saleh Alzubaidi, in the above referenced matter. Pursuant to the Court's Order, dated February 24, 2025 (ECF Docket No. 66), scheduling this matter for a 'Case Management Conference' on March 6, 2025 at 9:30 a.m..

  At this time I am requesting an adjournment of the March 6, 2025 conference, the reason for the requested adjournment is that I am actually engaged in the matter <u>Joseph Miranda v. Angela Miranda</u>, Index No.: 801504/2024, venued in the Supreme Court of the State of New York, County of Nassau at 11:00 a.m. (Compliance/Order Protection Conference).

  I would request the matter be adjourned to the afternoon of March 6, 2025 (if the Court would do the Conference by Zoom/Teams), March 14, 2025, March 21, 2025, furthermore, I have spoken with Ms. Stillman and she has given her consent to the adjournment request.

  Any questions please do not hesitate to contact the undersigned.

GRANTED. The post-discovery conference previously scheduled for March 6, 2025 is hereby ADJOURNED to **March 14, 2025 at 11:30 a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. As stated in the Court's prior order at Dkt. No. 66, counsel shall come prepared to the conference to discuss whether they intend to move for summary judgment or instead wish to proceed to trial and, in either case, shall be prepared to propose consent dates for briefing schedules for summary judgment or pre-trial submissions.

SO ORDERED. Dated February 28, 2025.

*/s/ Margaret M. Garnett*
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE