USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEJANDRO ORTEGA,

        *Plaintiff,*

    – against –

2&5 LINE DELI GROCERY, INC and AZIZ SALEH ALZUBAIDI,

        *Defendants.*

---

22-CV-09170 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Trial in this matter concluded on July 24, 2025. Attached to this Order are the following Court Exhibits from the trial:

- Court Exhibit 1, which is the parties' Stipulation of Undisputed Facts;

- Court Exhibit 2, which is the list of questions used by the Court during voir dire on July 22, 2025;

- Court Exhibit 3, which is Plaintiff's peremptory strike list from July 22, 2025, and is filed under seal;

- Court Exhibit 4, which is Defendants' peremptory strike list from July 22, 2025, and is filed under seal;

- Court Exhibit 5, which is the draft jury charge that was considered at the charge conference held on the record on July 24, 2025;

- Court Exhibit 6, which is the final jury charge that was delivered on the record on July 24, 2025;

- Court Exhibit 7, which is the jury note; and

- Court Exhibit 8, which is the jury's verdict sheet.

Dated: July 28, 2025
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge

1