```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

ALEJANDRO ORTEGA,

                *Plaintiff*,

-against-

2&5 LINE DELI GROCERY INC and AZIZ
SALEH ALZUBAIDI

                *Defendants*.

Civil Action No.

22-CV-09170 (MMG)

~~PROPOSED~~ FORM OF JUDGMENT

------------------------------------------------X

## JUDGMENT

WHEREAS, on July 24, 2025, following a jury trial, the Plaintiff was awarded damages;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiff, ALEJANDRO ORTEGA, has a judgment against 2&5 LINE DELI GROCERY INC. and AZIZ SALEH ALZUBAIDI, jointly and severally, in the amount of Eighty-Seven Thousand Four Hundred Ninety Dollars ($87,490.00), representing $77,490.00 in damages awarded by jury trial, $5,000.00 in liquidated damages, and $5,000.00 for recordkeeping violations, plus prejudgment interest at the statutory rate of 9% per annum from October 26, 2022 until the date of judgment, which amounts to ~~$23,426.70~~ $21,616.02 (calculated from October 26, 2022 to July 24, 2025), for a total judgment amount of ~~$110,916.70~~ $109,106.02, with post-judgment interest to accrue at the statutory rate as prescribed by 28 U.S.C. § 1961 from the date of judgment until the date of payment.

SO ORDERED.

Dated: New York, New York
       August   8  , 2025

                                                  */s/ Margaret Garnett*
                                                  MARGARET GARNETT
                                                  UNITED STATES DISTRICT JUDGE