**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LEJANDRO ORTEGA,

        Plaintiff,

    -against-                              22 **CIVIL** 9170 (MMG)

                                         **AMENDED JUDGMENT**

2 &5 LINE DELI GROCERY INC and AZIZ S
ALEH ALZUBAIDI,

        Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 3, 2025, Plaintiff's application for attorney's fees is GRANTED in the amount of $56,968.51 in attorney's fees and costs. Plaintiff's Motion to Amend and/or Correct Judgment is also GRANTED to reflects $77,490 in liquidated damages and a corresponding adjustment of the pre-judgment interest owed.

    Plaintiff, ALEJANDRO ORTEGA, has a judgment against 2&5 LINE DELI GROCERY INC. and AZIZ SALEH ALZUBAIDI, jointly and severally, in the amount of $261,720.99, representing $77,490.00 in damages awarded by jury trial, $77,490.00 in liquidated damages, and $5,000.00 for recordkeeping violations, plus prejudgment interest at the statutory rate of 9% per annum from October 26, 2022 until the date of judgment, which amounts to $44,772.48 and the $56,968.51 in attorney's fees and costs.

**Dated:** New York, New York

    December 4, 2025

                                       **TAMMI M. HELLWIG**
                                    _____
                                         **Clerk of Court**

                       BY:  _____
                                        **Deputy Clerk**